UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SERGIO MEDRANO,

            Petitioner,

-v-

UNITED STATES OF AMERICA,

           Respondent.
------------------------------------------------------------X

**ORDER**

13 Civ. 1604 (LTS) (JLC)
06 Cr. 0061 (RJH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 11/27/13

**JAMES L. COTT, United States Magistrate Judge.**

The Government is directed to file a reply of no more than 15 pages in response to Medrano's papers filed on November 25, 2013 (Dkt. Nos. 30-32) by January 6, 2014.

**SO ORDERED.**

Dated: New York, New York
       November 27, 2013

/s/ James L. Cott
_____
JAMES L. COTT
United States Magistrate Judge