UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK  10007

CHAMBERS OF
LAURA TAYLOR SWAIN

TEL. (212) 805-0417
FAX (212) 805-0426

June 26, 2020

<u>By First Class Mail</u>

Sergio Medrano
Inmate # 18453-424
Moshannon Valley Correctional Institution
555 Geo Drive
Philipsburg, PA 16866

<u>United States v. Sergio Medrano</u>
Case No. 06 CR 0061 (LTS) (S.D.N.Y.)

Dear Mr. Medrano:

    The Court has received your letter, dated June 1, 2020, which included your motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).  (Docket Entry Nos. 123 and 124.)  Your motion has now been docketed and is under consideration by the Court.

Very truly yours,

/s/ Laura Taylor Swain

Laura Taylor Swain