UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                    No.  06-CR-61 (LTS)

SERGIO MEDRANO,

        Defendant.

-------------------------------------------------------x

## ORDER

        The Court has received Defendant Sergio Medrano's reply brief (docket entry no. 132) in support of his motion for a reduction in sentence pursuant to 18 U.S.C. section 3582(c)(2).  Defendant's reply attaches documentation revealing sensitive personal information, including Mr. Medrano's birth date and certain non-parties' unredacted home addresses.  The Court will therefore restrict access to that docket entry.

        Defense counsel shall promptly file a copy of its reply submission, redacting sensitive personal information as provided in the Court's rules, see Federal Rule of Civil Procedure 5.2(a); S.D.N.Y. Electronic Case Filing Rules & Instructions § 21.3, and excluding the entirety of Exhibit B.  See United States v. Blasczak, No. 18-CR-6107 (FPG) (MJP), 2021 WL 1292910, at *2 (W.D.N.Y. Apr. 7, 2021).

        The Clerk of Court is respectfully directed to restrict access to docket entry no. 132 to selected parties only.

        SO ORDERED.

Dated: New York, New York
       April 16, 2021

                                                                          /s/ Laura Taylor Swain
                                                                        LAURA TAYLOR SWAIN
                                                                        United States District Judge